# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MARTIN PENJUKE,                 :   No. 92 EAL 2019

           Respondent           :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the
          v.                        :   Commonwealth Court

PENNSYLVANIA BOARD OF PROBATION   :
AND PAROLE,                        :

           Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.